UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC. and VATRICE PERRIN,

CASE NO.: 0:11-cv-62353-JIC

Plaintiffs,

vs.

SFASSIE FAMILY III LIMITED PARTNERSHIP
and EAST COAST WAFFLES, INC.
d/b/a WAFFLE HOUSE,
4689 SW 148th Avenue, Davie, Florida,

Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, the Defendants, by and through undersigned counsel, and hereby notify this Court that the Parties have reached a resolution to the pending Plaintiff's Motion for Court Enforcement of Settlement Agreement, and Request for Evidentiary Hearing (Doc. 24). As part of the resolution, Plaintiffs will be filing a Notice of Withdrawal as to the pending Motion with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on July 9th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: William Nicholas Charouhis, Esquire

/s/ Richard W. Smith
RICHARD W. SMITH, ESQUIRE
Fla. Bar No.: 0013943
Fisher, Rushmer, Werrenrath, Dickson,
 Talley & Dunlap, P.A.
390 North Orange Avenue, Suite 2200

1

Post Office Box 712
Orlando, Florida 32801
Telephone: 407/843-2111
Facsimile: 407-422-1080
rsmith@fisherlawfirm.com
Attorney for Defendants